Certificate Number: 17082-PAM-DE-037658812

Bankruptcy Case Number: 23-01337


17082-PAM-DE-037658812

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on August 7, 2023, at 7:04 o'clock PM MST, PAUL WILLIAMSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   August 8, 2023            By:   /s/Orsolya K Lazar

                                  Name: Orsolya K Lazar

                                  Title: Executive Director