Certificate Number: 17082-PAM-DE-037658819

Bankruptcy Case Number: 23-01337



17082-PAM-DE-037658819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2023, at 7:04 o'clock PM MST, GRACELYNN WILLIAMSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   August 8, 2023        By:   /s/Orsolya K Lazar

                              Name:   Orsolya K Lazar

                              Title:   Executive Director